# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **JUSTIN CREDICO** | : | **CIVIL ACTION** |
| | : | |
| v. | : | |
| | : | |
| **FACEBOOK, INC., et al.** | : | **NO. 14-881** |

## ORDER

AND NOW, this 18th day of February, 2014, upon consideration of plaintiff's motion to proceed *in forma pauperis* and his *pro se* complaint, it is ORDERED that:

1. The motion to proceed *in forma pauperis* is DENIED, pursuant to 28 U.S.C. § 1915(g), for the reasons discussed in the Court's Memorandum.

2. If he seeks to continue with this case, plaintiff must remit the $350 filing fee and $50 administrative fee to the Clerk of Court within thirty (30) days of the date of this Order.

3. The Clerk of Court shall CLOSE this case for statistical purposes.

BY THE COURT:

JUAN R. SÁNCHEZ, J.