IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **JUSTIN CREDICO** | : | **CIVIL ACTION** |
| **v.** | : | |
| **FACEBOOK INC., et al.** | : | **NO. 14-881** |

### ORDER

AND NOW, this 12th day of March, 2014, it is ORDERED that:

1. Plaintiff's motion for reconsideration (Document No. 5) is GRANTED.

2. Plaintiff's "Motion of Imminent Danger" (Document No. 6) is DENIED as moot.

3. The Court's February 18, 2014 Memorandum and Order are VACATED.

4. Plaintiff's motion to proceed in forma pauperis (Document No. 1) is GRANTED.

5. Plaintiff's complaint is DISMISSED for failure to state a claim pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii).

6. This case shall be marked CLOSED.

BY THE COURT:

_/s/ Juan R. Sánchez_
JUAN R. SÁNCHEZ, J.